# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MIKE BRIGHTLY, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 4:20-CV-79** |
| vs. | |
| CARRIKER INC. D/B/A CARRIKER AUTO OUTLET, | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Mike Brightly, and Defendant, Carriker Inc. d/b/a Carriker Auto Outlet, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Mike Brightly, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: July 22, 2020

Respectfully Submitted,

| | |
|---|---|
| **SHAMIS & GENTILE, P.A.** | **PARRISH KRUIDENIER DUNN BOLES GRIBBLE GENTRY BROWN & BERGMANN, L.L.P.** |
| /s/ Andrew J. Shamis* | |
| Andrew J. Shamis, Esq. | |
| Florida Bar No. 101754 | By: /s/ Gina Messamer |
| ashamis@shamisgentile.com | Gina Messamer |
| 14 NE 1st Avenue, Suite 705 | 2910 Grand Avenue |
| Miami, FL 33132 | Des Moines, Iowa 50312 |
| Telephone: 305-479-2299 | Telephone: (515) 284-5737 |
| | Facsimile: (515) 284-1704 |
| *Seeking admission pro hac vice | |

*Counsel for Plaintiff and the Class*

**PURYEAR LAW, P.C.**
/s/ Eric S. Mail
Eric S. Mail, Esq.
Florida Bar No.
3719 Bridge Ave # 6
Davenport, IA 52807
Telephone: 563-265-8344
Email: eric@puryearlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: */s/ Andrew Shamis*